**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 170 MAL 2018
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
CHRISTIAN LEE FORD, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2018, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

> Where a defendant bargains for and agrees to pay a specific fine as part of a negotiated plea agreement, must the sentencing court conduct a separate inquiry into the defendant's ability to pay the agreed-upon fine?